Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LARRY ZAMORA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZAMORA | Case No.: 1:18-cv-01066-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Larry Zamora and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from April 1, 2019 to April 29, 2019 for Plaintiff to file an Opening Brief, with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first

///

///

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. As the Court is aware, Counsel's mother has been fighting a losing battle with SystemicLupus Erythematosus. Last year Counsel's mother required three surgeries to her right kidney due to kidney obstruction. Though she recovered, Counsels mother right kidney is now affected and has been hospitalized since February 15 pending surgery. This has resulted has impacted a heavy briefing and hearing calendar. This is not an ordinary circumstance for Counsel and Counsel sincerely apologizes to the Court for any inconvenience this may have cause to the court and its staff.

DATE: April 1, 2019  Respectfully submitted,
LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Larry Zamora

DATE: April 1, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff shall have an extension of time to April 29, 2019, to file an Opening Brief. All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **April 3, 2019**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 1:18-CV-01066-BAM

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 2, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff