# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZAMORA,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-01066-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. No. 16) |

Pursuant to the stipulation of the parties filed on May 8, 2019, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Opening Brief is extended to June 14, 2019. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **May 9, 2019**             /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE