# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ZAMORA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-01066-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. No. 18) |

    Pursuant to the stipulation of the parties filed on June 27, 2019, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff to file an Opening Brief is extended to July 16, 2019. All other dates in the Court's Scheduling Order are extended accordingly. Plaintiff is advised that this is her third <u>and final</u> extension in this matter absent a showing of good cause.

IT IS SO ORDERED.

    Dated: __**July 1, 2019**__                      /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

1