McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY ZAMORA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:18-cv-01066-BAM <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including ten other district court due within the next month, as well as an upcoming family vacation later in August.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, September 16, 2019.

Respectfully submitted,

Date: _August 15, 2019_  LAW OFFICES OF LAWRENCE D. ROHLFING

By: _/s/ Monica Perales*_
MONICA PERALES
*By email authorization on August 15, 2019*
Attorney for Plaintiff

Date: _August 15, 2019_  McGREGOR W. SCOTT
United States Attorney

By: _/s/ Michael K. Marriott_
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension of time to file a response to Plaintiff's Opening Brief. Defendant's response shall be filed on or before September 16, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 19, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE