1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY ZAMORA, | Civil No. 1:18-cv-01066-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days to file her responsive brief. Defendant respectfully requests this extension of time because of an illness to the undersigned, and because he has a Ninth Circuit responsive brief to complete this week.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, September 30, 2019.

Respectfully submitted,

Date: *September 16, 2019*     LAW OFFICES OF LAWRENCE D. ROHLFING

By:  */s/ Monica Perales\**
MONICA PERALES
*\* By email authorization on September 16, 2019*
Attorney for Plaintiff

Date: *September 16, 2019*     McGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

### ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have a second extension of time to file a response to Plaintiff's Opening Brief. Defendant's response shall be filed on or before September 30, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly. No further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:  **September 17, 2019**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE