McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LARRY ZAMORA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:18-cv-01066-BAM <br><br> **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her responsive brief. Upon review of Plaintiff's brief and the certified administrative record, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. Defendant respectfully requests this additional time to attempt and obtain remand authority.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief or any remand stipulation will be Monday, October 14, 2019.

Respectfully submitted,

Date: *September 30, 2019*  LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Monica Perales\**
MONICA PERALES
*\* By email authorization on September 30, 2019*
Attorney for Plaintiff

Date: *September 30, 2019*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have a third extension of time to file a response to Plaintiff's Opening Brief or to file any stipulation for remand. Defendants' response or a stipulation for remand shall be filed on or before October 14, 2019. All other deadlines in the Court's Scheduling Order shall be modified accordingly. No further extensions of time shall be granted absent a demonstrate showing of cause.

IT IS SO ORDERED.

Dated: **October 1, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE